IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GARY DON ROBINSON | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-360 |
| UNITED STATES OF AMERICA, *et al.*, | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Gary Don Robinson, an inmate formerly confined at FCI Beaumont Low, proceeding pro se, filed this Federal Tort Claim pursuant to 28 U.S.C. § 1346 against the United States of America, the Federal Bureau of Prisons - Beaumont, and the unidentified Facilities Manager for FCI Beaumont Low.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this civil rights action be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) for want of prosecution as plaintiff failed to pay the filing fee and failed to update the Court with his current address.[1]

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

**SIGNED this 4th day of June, 2020.**

Michael J. Truncale
United States District Judge

---

[1] Plaintiff has failed to update the Court with his current address as required by Local Rule CV-11.

# ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.